**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward Christopher Judd                                    CHAPTER 13
        Carol Ann Judd

            Debtor(s)                                    BKY. NO. 23-13630 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            Michael Farrington
                                            21 Dec 2023, 09:34:37, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322