United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13630-pmm |
| Edward Christopher Judd | Chapter 13 |
| Carol Ann Judd | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Christopher Judd, Carol Ann Judd, 1234 Blue Mountain Drive, Danielsville, PA 18038-9728 |
| 14835057 | | ComenityBank/WomnWthn, PO Box 128789, Columbus, OH 43218 |
| 14835061 | | L.L. Bean Mastercard, 50 NW Point Blvd, Fox River Grove, IL 60021 |
| 14840788 | + | PENNYMAC LOAN SERVICES LLC, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14835048 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 31 2024 00:32:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 14835049 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2024 00:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14835051 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:29:35 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14835050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:18:17 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14839076 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:45:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835052 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 01:29:09 | Citi Cards/CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14835053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:44:22 | CitiCards - CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14849386 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:32:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14849823 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:56:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14835054 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:32:00 | Comenity Bank/FullBeauty, PO Box 182789, Columbus, OH 43218-2789 |
| 14835055 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:32:00 | Comenity Bank/Roamans, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14835056 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:32:00 | ComenityBank/Ashstwrt, PO Box 182789, Columbus, OH 43218-2789 |
| 14835059 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:31:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14835058 | + | Email/Text: electronicbkydocs@nelnet.net | May 31 2024 00:32:00 | Dept of Education/NELNET, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14837113 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 31 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14835060 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2024 00:28:48 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14841577 | + | Email/Text: RASEBN@raslg.com | May 31 2024 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14845658 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:45:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14835063 | | Email/Text: EBN@Mohela.com | May 31 2024 00:31:00 | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14882711 | | Email/Text: EBN@Mohela.com | May 31 2024 00:31:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14835062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:56:28 | Macy's/CitiBank, 911 Duke Blvd, Mason, OH 45040 |
| 14835064 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:28:14 | Ollo/Ally, 1511 Friendship Rd, Jefferson City, MO 65101-8703 |
| 14850797 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:28:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14848951 | + | Email/PDF: ebnotices@pnmac.com | May 31 2024 02:30:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14835065 | + | Email/PDF: ebnotices@pnmac.com | May 31 2024 00:45:02 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14850928 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14835066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:30 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14835067 | + | Email/Text: bankruptcy@bbandt.com | May 31 2024 00:32:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14840266 | + | Email/Text: bankruptcy@bbandt.com | May 31 2024 00:32:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14851191 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:29:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024       Signature:       /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Carol Ann Judd claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Edward Christopher Judd claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Pennymac Loan Services LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Edward Christopher Judd  )  Case No. 23−13630−pmm
   )
   )
   Carol Ann Judd  )  Chapter: 13
   )
   Debtor(s).  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 30, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court