| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13630-PMM

Edward Christopher Judd
Carol Ann Judd
1234 Blue Mountain Drive
Danielsville  PA   18038

Petition Filed Date: 11/30/2023
341 Hearing Date: 02/06/2024
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/27/2023 | $1,050.00 | | 01/30/2024 | $1,050.00 | 5302682067 | 02/13/2024 | $1,050.00 | |
| 03/11/2024 | $1,050.00 | | 04/08/2024 | $1,050.00 | | 05/28/2024 | $1,050.00 | |
| 06/25/2024 | $722.00 | | 07/09/2024 | $722.00 | | | | |

**Total Receipts for the Period:  $7,744.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,744.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $8,188.27 | $674.82 | $7,513.45 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,255.41 | $350.70 | $3,904.71 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $4,686.87 | $386.26 | $4,300.61 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $672.88 | $55.45 | $617.43 |
| 5 | TRUIST BANK »» 005 | Unsecured Creditors | $4,509.81 | $371.67 | $4,138.14 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $403.11 | $18.98 | $384.13 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $5,397.79 | $444.85 | $4,952.94 |
| 9 | PENNYMAC  LOAN SERVICES LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $269.59 | $22.21 | $247.38 |
| 11 | CITIBANK NA »» 011 | Unsecured Creditors | $4,211.72 | $347.10 | $3,864.62 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,540.47 | $126.95 | $1,413.52 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $1,049.51 | $86.49 | $963.02 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $996.22 | $82.11 | $914.11 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $104.75 | $0.00 | $104.75 |

**Chapter 13 Case No. 23-13630-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $426.69 | $35.16 | $391.53 |
| 17 | AMERICAN INFOSOURCE LP »» 017 | Unsecured Creditors | $72.36 | $0.00 | $72.36 |
| 18 | MOHELA ON BEHALF OF »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK/FULL BEAUTY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | LL BEAN MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $7,744.00 | | Current Monthly Payment: | $722.00 |
| Paid to Claims: | $6,940.75 | | Arrearages: | $0.00 |
| Paid to Trustee: | $774.40 | | Total Plan Base: | $45,288.00 |
| Funds on Hand: | $28.85 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.