| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13630-PMM

Edward Christopher Judd  
Carol Ann Judd  
1234 Blue Mountain Drive  
Danielsville  PA    18038

Petition Filed Date: 11/30/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $722.00 | | 09/30/2024 | $722.00 | 5303757994 | 10/22/2024 | $722.00 | |
| 11/27/2024 | $722.00 | 5303994276 | 12/26/2024 | $722.00 | | 01/28/2025 | $722.00 | |
| 02/25/2025 | $722.00 | | 03/21/2025 | $722.00 | | 04/14/2025 | $722.00 | |
| 05/19/2025 | $722.00 | | 06/24/2025 | $722.00 | | 07/25/2025 | $722.00 | |

**Total Receipts for the Period: $8,664.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,130.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $8,188.27 | $2,449.09 | $5,739.18 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,255.41 | $1,272.81 | $2,982.60 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $4,686.87 | $1,401.83 | $3,285.04 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $672.88 | $188.79 | $484.09 |
| 5 | TRUIST BANK »» 005 | Unsecured Creditors | $4,509.81 | $1,348.89 | $3,160.92 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $403.11 | $105.62 | $297.49 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $5,397.79 | $1,614.48 | $3,783.31 |
| 9 | PENNYMAC  LOAN SERVICES LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $269.59 | $80.64 | $188.95 |
| 11 | CITIBANK NA »» 011 | Unsecured Creditors | $4,211.72 | $1,259.73 | $2,951.99 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,540.47 | $460.72 | $1,079.75 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $1,049.51 | $313.92 | $735.59 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $996.22 | $297.97 | $698.25 |

**Chapter 13 Case No. 23-13630-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $104.75 | $31.31 | $73.44 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $426.69 | $119.70 | $306.99 |
| 17 | AMERICAN INFOSOURCE LP »» 017 | Unsecured Creditors | $72.36 | $17.61 | $54.75 |
| 18 | DEPARTMENT OF EDUCATION/MOHELA »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK/FULL BEAUTY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | LL BEAN MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,130.00 | Current Monthly Payment: | $722.00 |
| Paid to Claims: | $14,901.11 | Arrearages: | ($722.00) |
| Paid to Trustee: | $1,507.23 | Total Plan Base: | $45,288.00 |
| Funds on Hand: | $721.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.