Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Edward Christopher Judd
Carol Ann Judd
1234 Blue Mountain Drive
Danielsville, PA 18038

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13630-PMM**

Petition Filed Date: 11/30/2023
341 Hearing Date: 02/06/2024
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $722.00 | | 09/19/2025 | $722.00 | | 10/24/2025 | $722.00 | |
| 11/21/2025 | $722.00 | | 12/19/2025 | $722.00 | | 01/20/2026 | $722.00 | |
| 02/17/2026 | $722.00 | | 03/23/2026 | $722.00 | | 04/20/2026 | $722.00 | |
| 05/18/2026 | $722.00 | | 06/23/2026 | $722.00 | | 07/20/2026 | $722.00 | |

**Total Receipts for the Period: $8,664.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,794.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $8,188.27 | $4,384.57 | $3,803.70 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,255.41 | $2,278.66 | $1,976.75 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $4,686.87 | $2,509.70 | $2,177.17 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $672.88 | $360.32 | $312.56 |
| 5 | TRUIST BANK<br>»» 005 | Unsecured Creditors | $4,509.81 | $2,414.89 | $2,094.92 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $403.11 | $215.86 | $187.25 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $5,397.79 | $2,890.38 | $2,507.41 |
| 9 | PENNYMAC LOAN SERVICES LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $269.59 | $144.34 | $125.25 |
| 11 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 011 | Unsecured Creditors | $4,211.72 | $2,255.27 | $1,956.45 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,540.47 | $824.87 | $715.60 |

**Chapter 13 Case No. 23-13630-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $1,049.51 | $561.99 | $487.52 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $996.22 | $533.46 | $462.76 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $104.75 | $46.59 | $58.16 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $426.69 | $228.46 | $198.23 |
| 17 | AMERICAN INFOSOURCE LP<br>»» 017 | Unsecured Creditors | $72.36 | $33.48 | $38.88 |
| 18 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK/FULL BEAUTY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | LL BEAN MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,794.00 | Current Monthly Payment: | $722.00 |
| Paid to Claims: | $23,620.84 | Arrearages: | ($722.00) |
| Paid to Trustee: | $2,158.43 | Total Plan Base: | $45,288.00 |
| Funds on Hand: | $14.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.